**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

KARIN HUFFER,

      Plaintiff,

          v.

LHR, INC.,

      Defendant.

---

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

---

**PLAINTIFF'S COMPLAINT**

    KARIN HUFFER, Plaintiff, through her attorneys, KROHN & MOSS, LTD., alleges the following against LHR, INC., Defendant:

**INTRODUCTION**

1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Colorado so personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Colorado Springs, El Paso County, Colorado, and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

7. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*,Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was allegedly due and owing from Plaintiff, and Plaintiff is a consumer debtor.

8. Defendant is a national company with an office location in Hamburg, New York.

9. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on

behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant calls Plaintiff every day and sometimes three to four times per day seeking and demanding payment for an alleged debt since March 2009.

13. Defendant placed telephone calls from unknown numbers and 800 numbers.

14. Plaintiff verbally disputed balance to All Teachers Credit Union to Defendant and asked Defendant to stop calling, but Defendant continues to place collection calls to Plaintiff.

15. Defendant threatened Plaintiff by informing her that they are turning "it" over to legal.

16. To date, no such legal action has been taken.

17. Defendant sent a collection letter to Plaintiff dated January 12, 2010.  (*See letter attached as Exhibit A hereto*).

18. On February 10, 2010, Plaintiff sent Defendant a letter via certified mail return receipt disputing the alleged debt and requesting that Defendant provide validation.  (*See Exhibit B attached hereto*).

19. On February 16, 2010, Defendant received Plaintiff's letter.  (*See receipt attached as Exhibit C hereto*).

20. On February 17, 2010, Defendant sent Plaintiff another collection letter in attempt to collect the alleged debt.  (*See letter attached as Exhibit D hereto*).

21. Defendant failed to send Plaintiff a debt validation letter.

22. Plaintiff obtained a statement from Silver State Schools Credit Union, who Defendant identifies as the original creditor, confirming that Plaintiff does not owe the alleged debt. (*See statement attached as Exhibit E hereto*).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

23. Defendant violated the FDCPA based on the following:

a) Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

b) Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

c) Defendant violated *§1692e* of the FDCPA by using false, deceptive and/or misleading representations or means in connection with the collection of a debt.

d) Defendant violated *§1692e(5)* of the FDCPA by threatening to take an action that it cannot legally take or that it is not intending to take.

e) Defendant violated *§1692e(10)* of the FDCPA by using deceptive means to collect a debt.

f) Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt

collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

WHEREFORE, Plaintiff, KARIN HUFFER, respectfully requests judgment be entered against Defendant, LHR, INC., for the following:

24. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

25. Statutory damages of $1000.00  pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

26. Actual damages,

27. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

28. Any other relief that this Honorable Court deems appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, KARIN HUFFER, requests a jury trial in this case.

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

DATED:  March 17, 2010                KROHN & MOSS, LTD.

By:      /s/ Nicholas Bontrager
Nicholas J. Bontrager, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
Ph: (323) 988-2400; Fx: (866) 802-0021
nbontrager@consumerlawcenter.com

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF COLORADO)

       Plaintiff, KARIN HUFFER, states as follows:

1.     I am the Plaintiff in this civil proceeding.
2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.     I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.     I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.     I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.     Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.     Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

       Pursuant to 28 U.S.C. § 1746(2), I, KARIN HUFFER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _3/2/2010_             _____
                               KARIN HUFFER

**<u>EXHIBIT A</u>**


LHR

6341 INDUCON DRIVE EAST
SANBORN, NY 14132-9097

**If paying by Credit Card, please complete this section**

| ☐ VISA | CARD NUMBER | AMOUNT |
| ☐ | SIGNATURE | EXP.DATE |
| CARDHOLDER NAME (Please Print) | | |

01/12/2010

Re: LHR INC.
Account #: 4481954866902974
Balance: $17,861.69
2177158

00102          *A-03-6VZ-AM-05867-17

KARIN HUFFER
3236 MOUNTAIN SPRING RD
LAS VEGAS NV 89146-6936

LHR INC.
56 MAIN ST
HAMBURG NY 14075-4905

---

Detach and return top portion with payment

Original Creditor: Silver State Schools Credit Union
Account #: 4481954866902974
Balance: $17,861.69

Your account has been purchased by LHR, Inc., which we are attempting to collect.

We at LHR, Inc. understand that difficult times may have caused this problem. Your situation may be correcting itself and LHR, Inc. would like to help resolve this matter.

In reviewing your account, LHR, Inc. has concluded that the following two options can assist you in correcting this situation.

1. Remit a settlement in the amount of $4,464.44 to be received on or before 02/11/2010 closing your account as settled in full.

This money can be obtained through several sources: Tax return, credit card, check, equity loan, consolidation loan or a personal source. For your convenience, we've added our new pay online system, which lets you make your payment timely and easy. What's more, with our pay online system, all of your personal information is protected through our secure site and you receive 24-hour payment confirmation. Visit **www.lhrpay.com**

2. A monthly repayment plan, determined by you, to be received on or before 02/11/2010, and to be received by the date every month thereafter until the original balances are paid.

Our representatives are trained to offer assistance regarding your obligation. It is important for you to contact this office at 1-888-845-5995.

This is a communication from a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note the above bar coded address (6341 Inducon Drive East, Sanborn, NY 14132) located in the left hand upper corner of this notice, is not the address of LHR, Inc. This address is for processing undeliverable mail only. Please do not send correspondence or payment to that address. Please send payments or correspondence to LHR, Inc., 56 Main St., Hamburg, NY 14075.

Please see reverse side for important privacy information.

MON-THU 8AM - 11PM, FRIDAY 8AM - 6PM EST

LHR

**<u>EXHIBIT B</u>**

February 10, 2010

Karin D. Huffer
1310 Wynkoop Drive
Colorado Springs, CO 80909

LHR, Inc
56 Main Street
Hamburg, NY 14057-4905

VIA CERTIFIED MAIL RETURN RECIEPT NO. 7007 3020 0000 1431 9355

RE: ACCT. #4481954866902974 / SILVER STATE SCHOOLS CREDIT UNION

Dear LHR, Inc.:

This letter is in response to your letter of 1/12/2010.

I still have not received a response to my dispute letter requesting proof of this alleged debt. I contacted the creditor, Silver State Schools Credit Union, and they were unable to verify that this account, 4481954866902974, for the amount of $17,861.69, exists.

I still dispute this debt. I have followed the rules of the Fair Debt Collection Practices Act and first disputed this debt within the proper timeframe. I am now responding to the refusal to provide information to validate your alleged claim. You have not provided proof of any debt. Further, refusals to provide the information you are required to by law constitute libel, fraud, and an obvious attempt at extortion.

This debt is still in dispute and the only contact I expect from you is documentation verifying that this debt is actually mine and this matter has been resolved. Please be advised that if the above request is not followed, any and all other communications including but not limited to communication with all credit reporting agencies regarding this or any other accounts you invent on my behalf will be construed as harassment and will obligate LHR, Inc as agent(s) for Silver State Schools Credit Union to my fee of $550.00 per hour for any and all time incurred in addressing this matter, as well as, any and all expenses incurred. Please be advised, I have incurred 32.5 hours plus $467.43 in expenses involved in this matter beginning August 2008 through February 10, 2010. If you do not consent to the above contract, the following must occur: 1) Immediate removal of alleged debt from *Experian, Equifax, TransUnion,* 2) A Letter from LHR, Inc and Silver State Schools Credit Union acknowledging the immediate removal of all negative information pertaining to this matter from all credit bureaus, and 3) Cease further communications pursuant to the Colorado Fair Debt Collection Practices Act.

If I do not receive a response within 10 days of receipt of this correspondence, appropriate action(s) will be taken. I know my rights and will pursue all legal steps required to protect myself.

Sincerely,

Karin D. Huffer

Cc:     Silver State Schools Credit Union

**<u>EXHIBIT C</u>**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LHR, INC
50 MAIN ST
HAMBURG, NY 14057-4405

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X OW Ewing
☐ Agent
☐ Addressee

B. Received by (Printed Name)
LHR Inc.
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
50 Main St.
Hamburg, NY 14075-4405

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7007 3020 0000 1431 9355

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540.



**<u>EXHIBIT D</u>**



**L H R**
6341 INDUCON DRIVE EAST
SANBORN, NY 14132-9097

| If paying by Credit Card, please complete this section | | |
|---|---|---|
| ☐ VISA | CARD NUMBER | AMOUNT |
| ☐ | SIGNATURE | EXP.DATE |
| CARDHOLDER NAME (Please Print) | | |



Re: LHR INC.
Account #: 4481954866902974
Balance: $18,003.53
2177158

02/17/2010

00704              *A-03-Z1W-AM-05025-17

KARIN HUFFER
3236 MOUNTAIN SPRING RD
LAS VEGAS NV 89146-6936

LHR INC.
56 MAIN ST
HAMBURG NY 14075-4905

---

Detach and return top portion with payment

---

Original Creditor: Silver State Schools Credit Union
Account #: 4481954866902974
Balance: $18,003.53

We at LHR, Inc., in light of the current national climate, understand that difficult times may have caused this problem. Your situation may be easy to correct and LHR, Inc. would like to help resolve this matter.

In reviewing your account, LHR, Inc. has concluded that the following option can assist you in correcting this situation.

A monthly repayment plan of $300.06 due by 03/05/2010. Payments of an equal or greater amount must be received on or before the same day every month until the balance is paid in full. Upon receipt of the first payment LHR will discontinue charging interest to your account. Upon receipt of the final payment your account will be closed as paid in full. Additionally, adhering to this payment plan may allow for a future settlement of your account at a reduced amount.

For your convenience, we've added our new pay online system, which lets you make your payment timely and easy. What's more, with our pay online system, all of your personal information is protected through our secure site and you receive 24-hour payment confirmation. Visit www.lhrpay.com

This arrangement becomes void if you miss or insufficiently fund a payment. Upon which the default interest rate will be reinstated retroactively.

Our representatives are trained to offer assistance regarding your obligation. It is important for you to contact this office at 1-888-845-5995.

LHR Inc., now offers you the ability to receive your letters by email instead of by paper. You can signup for eDelivery by logging into your account at www.lhrpay.com and viewing your account information. Just click the signup link and follow the instructions in your email invitation.

This is a communication from a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note the above bar coded address (6341 Inducon Drive East, Sanborn, NY 14132) located in the left hand upper corner of this notice, is not the address of LHR, Inc. This address is for processing undeliverable mail only. Please do not send correspondence or payment to that address. Please refer to back of this notice for the mailing address of your payment and or correspondence.

Please see reverse side for important privacy information.

MON-THU 8AM - 9PM, FRIDAY 8AM - 4PM EST

LHR

**<u>EXHIBIT E</u>**



March 4, 2010

To Whom It May Concern:

Karin Huffer had credit card account number 4467320000013680 with Silver State Schools Credit Union that was transferred to Infibank in 2003. Ms. Huffer has had no other credit card accounts with Silver State Schools CU.

Sincerely,

Laurie A. Perry
Branch Manager

# CIVIL COVER SHEET

✎ JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

❏ 1  U.S. Government
      Plaintiff

❏ 3  Federal Question
      (U.S. Government Not a Party)

❏ 2  U.S. Government
      Defendant

❏ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury - | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Med. Malpractice | ❏ 625 Drug Related Seizure | 28 USC 157 | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | Liability | ❏ 365 Personal Injury - | of Property 21 USC 881 | | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Product Liability | ❏ 630 Liquor Laws | **PROPERTY RIGHTS** | ❏ 460 Deportation |
| & Enforcement of Judgment | Slander | ❏ 368 Asbestos Personal | ❏ 640 R.R. & Truck | ❏ 820 Copyrights | ❏ 470 Racketeer Influenced and |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Injury Product | ❏ 650 Airline Regs. | ❏ 830 Patent | Corrupt Organizations |
| ❏ 152 Recovery of Defaulted | Liability | Liability | ❏ 660 Occupational | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| Student Loans | ❏ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ❏ 490 Cable/Sat TV |
| (Excl. Veterans) | ❏ 345 Marine Product | ❏ 370 Other Fraud | ❏ 690 Other | **SOCIAL SECURITY** | ❏ 810 Selective Service |
| ❏ 153 Recovery of Overpayment | Liability | ❏ 371 Truth in Lending | **LABOR** | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 380 Other Personal | ❏ 710 Fair Labor Standards | ❏ 862 Black Lung (923) | Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | Property Damage | Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 875 Customer Challenge |
| ❏ 190 Other Contract | Product Liability | ❏ 385 Property Damage | ❏ 720 Labor/Mgmt. Relations | ❏ 864 SSID Title XVI | 12 USC 3410 |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Product Liability | ❏ 730 Labor/Mgmt.Reporting | ❏ 865 RSI (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | Injury | | & Disclosure Act | | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ❏ 892 Economic Stabilization Act |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate | ❏ 790 Other Labor Litigation | ❏ 870 Taxes (U.S. Plaintiff | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 442 Employment | Sentence | ❏ 791 Empl. Ret. Inc. | or Defendant) | ❏ 894 Energy Allocation Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/ | **Habeas Corpus:** | Security Act | ❏ 871 IRS—Third Party | ❏ 895 Freedom of Information |
| ❏ 240 Torts to Land | Accommodations | ❏ 530 General | | 26 USC 7609 | Act |
| ❏ 245 Tort Product Liability | ❏ 444 Welfare | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 900Appeal of Fee Determination |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | Under Equal Access |
| | Employment | ❏ 550 Civil Rights | ❏ 463 Habeas Corpus - | | to Justice |
| | ❏ 446 Amer. w/Disabilities - | ❏ 555 Prison Condition | Alien Detainee | | ❏ 950 Constitutionality of |
| | Other | | ❏ 465 Other Immigration | | State Statutes |
| | ❏ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN    (Place an "X" in One Box Only)

❏ 1  Original
     Proceeding

❏ 2  Removed from
     State Court

❏ 3  Remanded from
     Appellate Court

❏ 4  Reinstated or
     Reopened

❏ 5  Transferred from
     another district
     (specify)

❏ 6  Multidistrict
     Litigation

❏ 7  Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing  (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:

## VII. REQUESTED IN
## COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**    ❏ Yes    ❏ No

## VIII. RELATED CASE(S)
## IF ANY

(See instructions):        JUDGE                          DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse  (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.**    **(a) Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III.**    **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**    **Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.**  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**    **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity**.    Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.**  This section of the JS 44 is used to reference related pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**.  Date and sign the civil cover sheet.

```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX026622
Cashier ID: sg
Transaction Date: 03/17/2010
Payer Name: ADAM KROHN
------------------------------------
CIVIL FILING FEE
 For: ADAM KROHN
 Amount:        $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

10-CV-00622


A fee of $45.00 will be assessed on
any returned check.
```