# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **1:10-cv-00622-JLK**

**KARIN HUFFER**,

    Plaintiff,

    v.

**LHR, INC.**,

    Defendant.

## ORDER OF DISMISSAL

Based upon the Voluntary Dismissal filed by Plaintiff and pursuant to Fed. R. Civ. P. 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: July 13, 2010

                                      *s/John L. Kane*
                                      Honorable John L. Kane
                                      United States District Judge